FILED

06/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0178

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0178

STATE OF MONTANA,

Plaintiff and Appellee,

v.

SHAWN WAYNE MALATARE,

Defendant and Appellant.

Appellant Shawn Wayne Malatare has appealed from the January 23, 2023, Judgment of the Twentieth Judicial District Court, Lake County, Cause No. DC-21-150. The parties, by and through their respective counsel, now stipulate and jointly move for an order dismissing this appeal and remanding this matter to the district court. The parties specifically stipulate that Malatare should be resentenced to the sentence set forth in the plea agreement entered into by the Lake County Attorney's Office and Malatare, which was filed on September 27, 2022.

Based on this stipulation, and good cause appearing,

IT IS ORDERED that this case is REMANDED to the Twentieth Judicial District Court, Lake County, with instructions for the district court to resentence Malatare pursuant to the September 2022 plea agreement.

IT IS ORDERED that this appeal is DISMISSED WITH PREJUDICE.

IT IS ORDERED that REMITTITUR shall issue IMMEDIATELY UPON REMAND.

The Clerk is directed to provide copies of this Order to all counsel of record and to the Honorable John Mercer, presiding judge due to the Honorable Deborah K. Christopher's retirement.

DATED this _____ day of June, 2024.

_____

_____

_____

_____

_____
                    Justices

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 17 2024